CP

**FILED**

SEP 08 2020 AC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADOMAS JONAVICIUS,<br> also known as "Adam Jonavicius"<br> and "Adomas Jonaviciene" | No. 20 CR 453<br><br>Violations: Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4); Title 18, United States Code, Section 922(g)(5)<br><br>**INDICTMENT** |

JUDGE GETTLEMAN

MAGISTRATE JUDGE KIM

### COUNT ONE

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about July 10, 2020, at Burr Ridge, in the Northern District of Illinois, Eastern Division,

ADOMAS JONAVICIUS,
also known as "Adam Jonavicius"
and "Adomas Jonaviciene"

defendant herein, an alien who previously had been deported and removed from the United States on or about May 7, 2014, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

## COUNT TWO

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

On or about July 10, 2020, at Burr Ridge, in the Northern District of Illinois, Eastern Division,

ADOMAS JONAVICIUS,
also known as "Adam Jonavicius"
and "Adomas Jonaviciene,"

defendant herein, knowing that he was an alien illegally or unlawfully in the United States, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Smith & Wesson .357 Magnum caliber revolver, bearing serial number K264517, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(5).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Matthew F. Madden on behalf of the
UNITED STATES ATTORNEY